**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :        <u>ORDER</u>
                                          :
                                          :
                                          :
                                          :        _____ (       )
                                          :                Docket #
------------------------------------------x


_____, **DISTRICT JUDGE.**
       Judge's Name

The attorney retained in this case,

_____ is hereby ordered
     Attorney's Name

to assume representation of the defendant in the above captioned

matter in her capacity as a CJA atty.


                                        **SO ORDERED.**

                                                /s/
                                        _____
                                        **UNITED STATES DISTRICT JUDGE**
                                        Hon. Lewis A. Kaplan


           9/18/2020
        _____
**Dated:**