UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                              16-0212 (LAK)

WALTER JERNIGAN,

                Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court construes the defendant's application [Dkt 1510] as an application for compassionate release. As the application does not contend that administrative remedies have been exhausted, it is denied without prejudice to a new application for which counsel has been appointed.

       SO ORDERED.

Dated:     October 30, 2020

                                                                                Lewis A. Kaplan
                                                                United States District Judge