UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-   16-cr-0212 (LAK)

WALTER JERNIGAN,

        Defendant(s).
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    The government shall respond to defendant's compassionate releases application on or before January 6, 2021.

    SO ORDERED.

Dated:    December 21, 2020

                                                                     _____
                                                                      Lewis A. Kaplan
                                                          United States District Judge