UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                                 16-cr-0212 (LAK)

WALTER JERNIGAN,

        Defendant(s).

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The defendant's motion for compassionate release (Dkt 1510) is denied substantially for the reasons set out at paragraphs B, C and D of the government's papers in opposition (Dkt 1536).

        SO ORDERED.

Dated:       January 11, 2021

                                                                    Lewis A. Kaplan
                                                       United States District Judge